NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Mark E. Lowary, Esq. (SBN:168994)
Brian T. Gravdal, Esq. (SBN:239393)
Berman Berman Berman Schneider & Lowary, LLP
3890 Tenth St.
Riverside, California 92501
Tel: (951) 682-8300

ATTORNEY(S) FOR: Def. CARS RECOVERY, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MOORE, <br><br> Plaintiff(s), <br> v. <br><br> CARS RECOVERY, INC <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:17-CV-07744-JFW (JEMx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          CARS RECOVERY, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexander B. Trueblood, Esq. <br> TRUEBLOOD LAW FIRM <br> 10940 Wilshire Blvd., Ste. 1600 <br> Los Angeles, California 90024 <br> alec@hush.com <br> Telephone: (310) 443-4139 | Attorney of Record for Plaintiff |

November 9, 2017
Date

[Signature]
Signature

Attorney of record for (or name of party appearing in pro per):

Brian T. Gravdal, Esq.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Mark E. Lowary, Esq. (SBN:168994)
Brian T. Gravdal, Esq.(SBN:239393)
Berman Berman Berman Schneider & Lowary, LLP
3890 Tenth St., Riverside, CA 92501

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CORY MOORE | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 2:17-CV-07744-JFW (JEMx) |
| v. | |
| CARS RECOVERY, INC., and DOES 1 through 10, Inclusive | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside_____, State of California, and not a party to the above-entitled cause. On November 9,_____, 20 17____, I served a true copy of Certification and Notice of Interested Parties_____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3890 Tenth St., Riverside, CA 92501
Executed on November 9_____, 20 17____ at Riverside_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                                *Party Served*

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

**Service List**

*Cory Moore v. Cars Recovery, Inc.*
USDC – Central District of California
Case No:2:17-CV-07744-JFW (JEMx)

Alexander B. Trueblood, Esq.
TRUEBLOOD LAW FIRM
10940 Wilshire Blvd., Ste. 1600
Los Angeles, California 90024
alec@hush.com
Telephone: (310) 443-4139
Facsimile: (310) 943-2255
**Attorneys for Plaintiff
CORY MOORE**

F:\DATA\R1181.02\SERVICE LIST - POS.DOC

1